886

No. 386. INTERNATIONAL MOLDERS & FOUNDRY WORKERS UNION OF AMERICA, AFL, LOCAL UNION No. 294, *v.* WESTERN FOUNDRY CO. C. A. 5th Cir. Certiorari denied. *L. N. D. Wells, Jr.* and *Ruth Weyand* for petitioner. *Ben F. Johnson* and *Thomas W. Hathaway* for respondent.

No. 387. GANNON *v.* BRITTON. Supreme Court of Oklahoma. Certiorari denied. *John Blaine Gilbreath* and *Walter J. Klockau, Jr.* for petitioner. *Jeff Busby* for respondent.

No. 388. URCIOLO ET AL. *v.* FULLER ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Raphael G. Urciolo* and *Joseph J. Urciolo* for petitioners.

No. 391. CALIFORNIA EX REL. BARTON *v.* AMERICAN AUTOMOBILE INSURANCE CO. ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Edmund G. Brown,* Attorney General, and *Charles A. Barrett,* Deputy Attorney General, for the State of California, petitioner, and *Henry G. Bodkin* for relator. *A. B. Tanner, Francis R. Kirkham* and *Raymond G. Stanbury* for respondents.

No. 392. COLLINS ET AL. *v.* CITY OF WICHITA, KANSAS. C. A. 10th Cir. Certiorari denied. *Kenneth G. Speir* and *Herbert H. Sizemore* for petitioners. *Robt. B. Morton* and *Paul J. Donaldson* for respondent.

No. 393. LAZAROV ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *William Gerber, L. E. Gwinn*